Enter/JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EVELYN M. HOWARD, | ) | Case No. CV 10-2113 AN |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) ) ) | |
| Defendant. | ) | |

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is affirmed, and that this matter is dismissed with prejudice.

DATED: August 30, 2011

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE